UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

CASE NO: 5:14-MJ-1295-JG

APR 0 9 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL INFORMATION |
| WILLIAMS, JERMAINE | ) |
| | ) |

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about September 25, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

### COUNT TWO

THAT, on or about September 25, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did

operate a vehicle on a street or highway in excess of at least 15 miles per hour over the legal limit, to wit: 78 mph in a 55 mph zone, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141(j1).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: /s/
ROBERT W. TAYLOR
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222