UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

JUN 1 1 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___JAG___ DEP CLK

CASE NO: 5:14-MJ-01295-JG

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
WILLIAMS, JERMAINE )
)

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about September 25, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about September 25, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did

operate a vehicle on a street or highway in excess of at least 15 miles per hour over the legal limit, to wit: 78 mph in a 55 mph zone, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141(j1).

## COUNT THREE

THAT, on or about NOVEMBER 2, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT FOUR

THAT, on or about NOVEMBER 2, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle upon a street, highway, or public vehicular area while transporting an open container of alcoholic beverage after he consumed alcohol, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.7.

## COUNT FIVE

THAT, on or about NOVEMBER 2, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle upon a street, highway, or public vehicular area while displaying or having in his possession a registration card knowing the same to be fictitious or having been canceled, revoked, suspended or altered, or willfully displayed an expired license or registration plate on a vehicle knowing the same to be expired, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-111(2).

## COUNT SIX

THAT, on or about NOVEMBER 2, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate or permit to be operated a motor vehicle registered or required to be registered without having financial responsibility, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-313(a).

## COUNT SEVEN

THAT, on or about NOVEMBER 2, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and

territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, JERMAINE, did operate a motor vehicle on a highway without being properly licensed while driving the vehicle, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-7a.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
ROBERT W. TAYLOR
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222