UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Jermaine Williams                                    Docket No. 5:14-MJ-1295-1

**Petition for Action on probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Williams, who, upon an earlier plea of guilty to Driving While Impaired - Level 5, and Driving While Impaired - Level 2, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on September 10, 2014, to 12 months probation. As a condition of probation, the defendant was ordered to pay a $1,700.00 fine and $35.00 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is supervised by the probation office in the Southern District of Georgia. The defendant has not paid the fine or special assessment and will be unable to do so before the case is due to expire. We propose an extension of probation for six months, to allow the defendant more time to meet this requirement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation is extended six (6) months, to expire March 10, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Sr. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: August 19, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __20th__ day of __August__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge